JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jean Rutzinger, Advanced Weight Loss Surgical Association, Minimally Invasive Surgical Association,<br><br>Plaintiffs,<br><br>v.<br><br>Rite Aid Corporation and DOES 1-10,<br><br>Defendant. | Case No. 2:23-cv-03902-AB-SK<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that, consistent with the bankruptcy discharge and injunction, the Reorganized Debtors request that the Court administratively terminate the above-captioned case.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right.

**IT IS SO ORDERED.**

Dated: May 28, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE